UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG K. GARRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>PAT HORN, Warden of Kern Valley State Prison, et. al.,<br><br>    Defendants. | No. 1:25-cv-00128-HBK (PC)<br><br>ORDER DIRECTING CLERK TO SEND PLEADING TO APPROPRIATE INSTITUTIONAL OFFICIAL<br><br>(Doc. No. 3) |

The court regularly receives pleadings or notices from confined persons who are proceeding *pro se* in actions before this court which contain allegations of suicide, danger of death, or imminent serious physical harm to themselves or to others. In an abundance of caution, the court expediates notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

Accordingly, it is ORDERED**:**

1. The Clerk shall forward a copy of Plaintiff's pleading titled "Motion for Imminent Danger" (Doc. No. 3) which contains allegations of danger of death, or imminent physical harm by a confined person to the Warden and Litigation Coordinator at Kern Valley State Prison for handling as officials deem appropriate.

2. The Clerk shall indicate on the docket the name of the official(s) to whom notice was provided and terminate the pending motion associated with the pleading (Doc. No. 3).

3. This Order is not a ruling on the allegations or relief requested in the notice or pleading or the merits of allegations in this case but is provided for informational purposes only. No response is required from officials to the Order.

Dated:   February 2, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE